In the Matter of the Estate of EMILY M. GALLATIN, Deceased. STATE TAX COMMISSION, Appellant; R. HORACE GALLATIN, as Executor of EMILY M. GALLATIN, Deceased, Respondent.

Argued December 1, 1948; decided January 6, 1949.

*Mortimer M. Kassell, Francis Kelliher* and *William J. Roberts* for appellant.

*Leslie D. Dawson* and *Sidney W. Davidson* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

In the Matter of the Claim of ANGELO ROSATI, Respondent, against DESPATCH SHOPS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted December 2, 1948; decided January 6, 1949.